ACCEPTED
03-14-00660-CV
4186251
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/18/2015 8:27:53 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00660-CV

IN THE
THIRD DISTRICT COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/18/2015 8:27:53 AM
JEFFREY D. KYLE
Clerk

CRAIG ZGABAY AND TAMMY ZGABAY,

Appellants

v.

NBRC PROPERTY OWNERS ASSOCIATION,

Appellee

Appeal from the 433rd Judicial District Court,
Comal County, Texas, Cause No. C2014-0501C

## APPELLEE'S RESPONSE TO MOTION FOR LEAVE TO FILE AMENDED REPLY

Wade C. Crosnoe
State Bar No.  00783903
Brian D. Hensley
State Bar No. 24036759
Thompson, Coe, Cousins & Irons, LLP
701 Brazos, Suite 1500
Austin, Texas 78701
Telephone:  (512) 708-8200
Facsimile:  (512) 708-8777
E-mail:  wcrosnoe@thompsoncoe.com

Tom L. Newton, Jr.
State Bar No. 14982300
Allen, Stein & Durbin, P.C.
6243 IH-10 West, 7th Floor
P. O. Box 101507
San Antonio, Texas 78201
Telephone: (210) 734-7488
Facsimile: (210) 738-8036
E-mail: tnewton@asdh.com

Counsel for Appellee NBRC Property Owners Association

Appellee NBRC Property Owners Association ("the Association") files this Response to Appellants' Motion for Leave to File Amended Reply and would respectfully show:

The Association would not normally have any objection to the Zgabays filing an Amended Reply Brief when, as here, the amended brief was filed within the original filing deadline for the brief. As explained in Appellee's Motion to Strike Portions of Appellants' Reply Brief and Amended Reply Brief, however, the Amended Reply Brief contains improper references to evidence outside the appellate record. The Association incorporates that Motion to Strike, which was filed on February 11, 2015, by reference. For the reasons explained in that motion, the Court should deny Appellants' Motion for Leave to File Amended Reply.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ Wade Crosnoe
  Wade C. Crosnoe
  State Bar No.  00783903
  Brian D. Hensley
  State Bar No. 24036759

701 Brazos, Suite 1500
Austin, Texas 78701
Telephone:  (512) 703-5078
Facsimile:  (512) 708-8777
E-Mail:  wcrosnoe@thompsoncoe.com
   bhensley@thompsoncoe.com

1

Tom L. Newton, Jr.
State Bar No. 14982300
Allen, Stein & Durbin, P.C.
6243 IH-10 West, 7th Floor
P. O. Box 101507
San Antonio, Texas 78201
Telephone: (210) 734-7488
Facsimile: (210) 738-8036
E-Mail: tnewton@asdh.com

Counsel for Appellee NBRC Property Owners
Association

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this response was served via electronic service or by email, to the following counsel on February 18, 2015:

J. Patrick Sutton
1706 W. 10th Street
Austin, Texas 78703
E-Mail: jpatricksutton@jpatricksuttonlaw.com
*Counsel for Appellants*

/s/ Wade Crosnoe
Wade Crosnoe

2